NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC INC.,**
*Plaintiff-Cross Appellant,*

v.

**BOSTON SCIENTIFIC CORPORATION**
**AND GUIDANT CORPORATION,**
*Defendants,*

AND

**MIROWSKI FAMILY VENTURES, LLC,**
*Defendant-Appellant.*

---

2011-1313, -1372

---

Appeals from the United States District Court for the District of Delaware in case no. 07-CV-0823, Judge Sue L. Robinson.

---

**ON MOTION**

---

**ORDER**

Mirowski Family Ventures, L.L.C., moves for a 30-day extension of time, until November 18, 2011 to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Arthur I. Neustadt, Esq.
     Martin R. Lueck, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2011

JAN HORBALY
CLERK